**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,  )
                          )
         Plaintiff, )
                          )
     v.                       )   2:09-CR-398-HDM (PAL)
                          )
LARRY LAWTON,  )
                          )
         Defendant. )

**AMENDED FINAL ORDER OF FORFEITURE**

On January 6, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant LARRY LAWTON to a criminal offense, forfeiting specific property alleged in the Superseding Criminal Information and agreed to in the Amended Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant LARRY LAWTON pled guilty. Docket #29, #31, #33, #35.

On May 13, 2011, the United States District Court for the District of Nevada entered a Final Order of Forfeiture. #44.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law consecutively from January 28, 2011, through February 26, 2011, notifying all third parties of their right to petition the Court. #42.

. . .

1    On September 29, 2011, ANDREW HOLLAND was personally served with the Notice and
2 the Preliminary Order of Forfeiture. #45.  No response was made by ANDREW HOLLAND to
3 petition the Court for his stolen weapon.
4    This Court finds no petition was filed herein by or on behalf of any person or entity and the
5 time for filing such petitions and claims has expired.
6    This Court finds no petitions are pending with regard to the assets named herein and the time
7 for presenting such petitions has expired.
8    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
9 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
10 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
11 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
12 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
13 law:
14    a.    a Ruger, model Blackhawk, .357 caliber revolved, serial number 35-76365;
15    b.    stun gun; and
16    c.    8 (eight) .38 spl rounds of ammunition.
17    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
19 as any income derived as a result of the United States of America's management of any property
20 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21 according to law.
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.
3  DATED this __10th__ day of __November__, 2011.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE