UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-cr-00398-HDM-PAL |
| | ) | 2:16-cv-01419-HDM |
| Respondent/Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LARRY LAWTON, | ) | |
| | ) | |
| Petitioner/Defendant. | ) | |

Before the court is defendant's motion to voluntarily withdraw his abridged motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 filed on October 7, 2016 (ECF No. 52). The United States has not responded.

Defendant requests to withdraw his abridged § 2255 motion filed on June 20, 2016 (ECF No. 51). The United States did not file an opposition to the § 2255 motion. Accordingly, the court will allow defendant to withdraw his abridged § 2255 motion. In granting the motion to withdraw, the court makes no determination as to whether a new § 2255 motion that defendant may file in the future would constitute a second or successive motion and therefore require certification from the Ninth Circuit Court of Appeals before being

1

filed in U.S. District Court.  *See* 28 U.S.C. § 2255(h).

IT IS THEREFORE ORDERED that defendant's motion to voluntarily withdraw his abridged motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 52) is **GRANTED.**

IT IS FURTHER ORDERED that defendant's abridged motion to vacate, set aside, or correct his sentence pursuant 28 U.S.C. § 2255 (ECF No. 51) is **WITHDRAWN.**

DATED: This 25th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

2