**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cr-00398-HDM-PAL |
| Plaintiff, | |
| vs. | **ORDER**<br>**RE: MOTION TO WITHDRAW** |
| LARRY LAWTON, | **AS ATTORNEY OF RECORD** |
| Defendant. | |

IT IS HEREBY ORDERED that Daniel J. Cowhig, Assistant United States Attorney is withdrawn as attorney of record for the Government.

IT IS FURTHER ORDERED that Daniel J. Cowhig shall be removed from the CM/ECF service list in this case.

Dated: November 22, 2019

_____
**HONORABLE HOWARD D. MCKIBBEN**
United States District Court Judge